# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Justin R. Potts<br><br>*Defendant(s)* | Case No.<br>1:22-mj-0348 |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 28, 2021 in the county of Delaware in the Southern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Counts 1 - 3  18 U.S.C. § 2251(a) | Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

s/Andrew T. Lee
*Complainant's signature*

Andrew T. Lee, Senior Special Agent, U.S.S.S.
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone (*reliable electronic means*)

Date: April 26, 2022

City and state: Indianapolis, Indiana

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT

I, Andrew T. Lee, hereby depose and state as follows:

1. **Affiant**: I am a Senior Special Agent with the United States Secret Service (USSS) and have been since March 2004. I am currently assigned to the Indianapolis Field Office. While employed by the USSS, I have investigated federal criminal violations including financial crimes and counterfeiting as well as federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.

2. **Training:** I have successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, which included instruction in federal criminal law and investigations, firearms, vehicle operations, personal defense tactics and physical fitness training. I have also completed the USSS Special Agent Training Program. Additionally, I graduated from the Indiana State Police recruit school in 1993 and was a sworn Indiana State Police Officer from 1993 to 2003.

3. I am a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies.

4.     **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that to believe that **Justin R. Potts** committed the below-listed offenses.

5.     **Requested action and Probable Cause**:  I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging **Justin R. Potts** with three counts of Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child, in violation of 18 U.S.C. §2251(a). Namely, **Justin R. Potts** used, employed, persuaded, induced, enticed, and coerced a minor and did attempt to do so, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, in and affecting interstate and foreign commerce.

A.     **Count 1**- On or about December 28, 2021 at 12:56:15 AM EST, the defendant **Justin R. Potts** committed the offense of Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child, in that he used, employed,

persuaded, induced, enticed, and coerced a minor and did attempt to do so, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §2251(a) as described further below.

B.     **Count 2**— On or about December 28, 2021 at 12:32:22 AM EST, the defendant **Justin R. Potts** committed the offense of Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child, in that he used, employed, persuaded, induced, enticed, and coerced a minor and did attempt to do so, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §2251(a) as described further below.

C.     **Count 3**— On or about December 28, 2021 at 12:32:34 AM EST, the defendant **Justin R. Potts** committed the offense of Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child, in that he used, employed, persuaded, induced, enticed, and coerced a minor and did attempt to do so, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §2251(a) as described further below.

6. **Sexual Exploitation of Children and Attempt (18 U.S.C. § 2251(a).** This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct." It is also a crime to attempt to violate this section.

### Case Specific Probable Cause

7. On January 10, 2022 at 17:25:15 UTC the National Center for Missing and Exploited Children (NCMEC) received a report from Google, Inc. that a Google account associated with the username Justin Savage, date of birth 2/XX/1984 (known but redacted), telephone numbers (317)-526-9787 and (765)-316-1101, and an E-mail address of justinsavage8424 (hereinafter, "the Google Account") appeared to contain files/images depicting child sex abuse material ("CSAM").1 According to NCMEC, an additional report from January

---

1 When I use the term CSAM, I use it synonymously with the term child pornography as it is defined by Title 18, United States Code, Section 2256.

4

10, 2022, at 17:21:26 UTC indicated that the same account had been used to upload nine images, some of which depicted CSAM, to the account justinsavage8424@gmail.com.

8. On or about January 10, 2022 at approximately 4:15 PM EST, Sergeant Ginger Marshall of the Indiana State Police Internet Crimes Against Children (ISPICAC) notified Indiana State Police Trooper Detective Charles Meyer that they had received a priority one cyber tip from NCMEC via Google, Inc.[2]

9. Detective Meyer logged into his computer and accessed the report. Upon receiving the NCMEC tips, Detective Meyer opened them along with the images. Based on his training and experience, Detective Meyer agreed that some of the images and videos contained within the Google Account forwarded by NCMEC depicted CSAM of a prepubescent female child.

10. Detective Meyer observed that in at least two of the videos depicting CSAM, the same adult male suspect appeared to be producing it.  That adult male suspect had many distinctive tattoos including a "smiley" face tattoo on the head of the adult male's penis.  The adult male was also wearing a distinctive

---

[2] Prior to forwarding the NCMEC report, NCMEC had opened and previewed the images.

5

black watch with red buttons. The face of the watch was positioned to the inside of his wrist.

11. Additionally, Detective Meyers observed that another video showed a partial layout of the room in which the CSAM video was produced. There are two confederate flag license plates hanging on the wall, a black and red flannel cover, and what appears to be a confederate flag blanket.

12. An open-source check of the most recently captured IP address of 2601:805:780:38c1: d4d2:3e93:cdf0:ee5e on January 8, 2022, at 16:27:31 UTC showed that the IP address was being leased by Comcast Communications, Inc. and geo-located to the Muncie, Indiana area.

13. On January 10, 2022, Detective Meyer requested an emergency disclosure from Comcast to obtain subscriber information. After completing the necessary request form, Comcast told Detective Meyer that the subscriber on that date and time and for that IP address was Individual A, with telephone numbers of (765)-465-6912 and (765)-216-7130 and an address of 908 West 14th Street, Muncie, Indiana 47302.

14. According to Detective Meyer, uploaded to the same Google Account was a photograph of an Indiana Driver's License belonging to **Justin Ryan Potts**

with an OLN of 3600-21-9922 with an address of 908 West 14th Street, Muncie, Indiana 47302, and a date of birth of 02/XX/1984 (known but redacted). [3]

15.     According to **Potts'** driver's license, he is a white male, 5'11" tall, weighing 160 pounds with brown eyes and black hair.

16.     The address on **Potts'** driver's license matches the information provided by Comcast about the reported IP address.

17.     A search on the Indiana Sex Offender Registry for **Justin Ryan Potts** showed that **Potts** is a registered sex offender. According to criminal history records, **Potts** was convicted of sexual misconduct with a minor on June 13, 2014. The physical description and photo of **Potts'** sex offender registry matched that of the Driver's License photograph uploaded to the Google account.

18.     Through the use of open-source software, Detective Meyer was able to determine that **Potts** was living at 908 West 14th Street, Muncie, Indiana 47302. Detective Meyer also learned that **Potts** has a 2013, Mazda CX-9 Touring bearing Indiana registration 650EHY registered to him.

19.     After reviewing all of the above information, Sergeant Marshall and Detective Meyer contacted the Delaware County Prosecutor's office.

---

[3] This is the same date of birth that was associated with the reported Google account.

20. On or about January 10, 2022, at 8:51 PM, the Honorable Judge John Feick of the Delaware County Circuit Court #4 authorized a search warrant of **Potts'** residence.

21. On or about January 10, 2022, at 11:15PM, uniformed officers from the Delaware County Sheriff Department and the Indiana State Police knocked and announced their presence at 908 West 14th Street in Muncie. **Potts** was at the residence, and was brought outside without incident and placed into an on-scene interview room.

22. Detective Meyer and Sergeant Marshall met **Potts** inside of the interview room and identified themselves as members of the Indiana State Police. They explained to **Potts** that they were conducting a criminal investigation. Detective Meyer read from preprinted Advice of Rights form and **Potts** followed along. **Potts** stated that he understood his rights and signed the form.

23. While speaking with **Potts,** Detective Meyer observed a black watch with red buttons on his left wrist. The watch was positioned with the face on the inside of his wrist. **Potts'** watch and its position matched the watch and positioning observed in one of the CSAM videos from the Google account.

24. While speaking with **Potts**, Detective Meyer observed **Potts** had numerous tattoos that appeared to be similar to ones seen in the Google account videos.

25. Detective Meyer began interviewing **Potts** and obtained the following identifying information. **Potts** said his name was **Justin Potts**, date of birth of 02/XX/1984 (known but redacted) and that he had a Samsung Galaxy phone with the number (765)-316-1101 (both matching the NCMEC Cybertip information). **Potts** said that his cell phone provider is Straight Talk and his phone had a PIN code of 5724.

26. **Potts** said that he resided in the residence at 908 W. 14th Street, Muncie, Indiana, which is within the Southern District of Indiana, with his girlfriend, Individual A and Individual A's six-year-old daughter, Minor Victim 1 (Known but redacted).

27. When asked about the internet service at the residence, **Potts** stated that the billing was under Individual A's name and that the internet service was password protected. **Potts** also told officers that he had an E-mail address of justinsavage8424@gmail.com, matching the NCMEC Cybertip.

28. During the interview, **Potts** said he had recently been locked out of his Google E-mail account and that he had to create a new email of justintomlin666@gmail.com.

29. **Potts** further stated that his phone had been acting up and that he had to factory reset it.

30. When asked about his criminal history, **Potts** admitted that he was a registered sex offender and that he was required to register for ten years.

31. According to Indiana sex offender registration records, **Potts** last registered on September 20, 2021, with the residential address of 4588 South 300 East, Greenfield, IN 46140. On August 27, 2021, **Potts** added the address of 908 West 14th Street, Muncie, IN 47302 as an additional address.

32. While speaking with **Potts**, Detective Meyer learned that **Potts** had numerous social media accounts to include; Facebook, Kik, Snapchat, and Instagram, but that he had recently deleted them.

33. Detective Meyer asked **Potts** if he had tattoos and asked him to pull up his sleeves. Detective Meyer observed that Potts had arm tattoos matching those seen in the above- described CSAM videos.

34. Officers asked **Potts** whether he had tattoos on his genitals, and he admitted that he had a "smiley" face tattooed on the head of his penis.

35. During the course of the interview, officers asked **Potts** if he had ever touched children or if he was sexually attracted to children and he denied the allegations.

36. Officers asked **Potts** to describe the bedroom he shared with Individual A, and he described the curtains and wall decorations matching those that appeared in the Google videos associated with the NCMEC Cybertip.

37. Detective Meyer then showed **Potts** a portion of a video showing the adult male suspect and the prepubescent child in bed together that was included in the Cybertip. **Potts** admitted it was him.

38. Detective Meyer also showed **Potts** the video of the male standing over the child while he touched his flaccid penis. **Potts** admitted it was also him and that he made the videos.

39. According to **Potts,** he did not specifically remember making the videos, but explained that he has a methamphetamine problem and has memory issues.

40. **Potts** further explained that during the time periods in which he is high on methamphetamine, he typically becomes sexually excited.

41. Detective Meyer then showed **Potts** a video of an unidentified minor female child who was being sexually abused in a bestiality video with a dog. **Potts** admitted he received the video from Kik and saved it.

42. Detective Meyer and Sergeant Marshall then spoke with Individual A, who is Minor Victim 1's mother. They showed Individual A two videos depicting Minor Victim 1 with **Potts**. One video showed **Potts** laying on a bed beside Minor Victim 1 touching his exposed penis. Minor Victim 1 was wearing jeans and a shirt and appeared to be unaware of **Potts**. The second video depicted Minor Victim 1 playing, with her attention turned away from **Potts** who was standing behind her touching his exposed penis. Individual A confirmed that the child in the videos was Minor Victim 1, her daughter.

43. Minor Victim 1 was born on April 6, 2015 and resides in the residence with Individual A and **Potts**.

44. Contained within the Google Account used and owned by **Justin Ryan Potts**, described fully in paragraph 9 was the following videos depicting **Potts** and Minor Victim 1. Based on my training and experience, the below video files are CSAM in that they depict Minor Victim 1 engaged in sexually explicit conduct.

  A. File name: fa8e3767-a5ec-42b8-8aa0-224-1hjbx7ss4tlde, Duration: 00:00:15, which depicts **Potts** (who is identified by his distinct wristwatch and penis tattoo) using his hand to force a penis-shaped device into Minor Victim 1's anus. Minor Victim 1 appears to be sleeping. This file has a created date of December 28, 2021, at 12:56:15 AM EST and uploaded by an Android device. (COUNT 1)

  B. File name: e9fd78c6-93bd-429e-a5d6-61f-1hjbv19v0z0pu, Duration: 00:00:14, which depicts **Potts** (who is identified by particular tattoos and wristwatch) rubbing his penis against Minor Victim 1's anus. Minor Victim 1 appears to be sleeping. This file has a created date of December 28, 2021, at 12:32:22 AM EST and uploaded by an Android device. (COUNT 2)

  C. File name: 16f6536f-87a1-4801-9392-cf8-1hjbv1wxxmfqa, Duration: 00:00:10, which depicts **Potts** pushing his erect penis on Minor Victim 1's mouth. Minor Victim 1 appears to be sleeping. This file has a created date of December 28, 2021, at 12:32:34 AM EST and uploaded by an Android device. (COUNT 3).

  45. A forensic review is ongoing of **Potts**' devices, but thus far, has not recovered the above-described files. A search warrant executed on **Potts'** Google,

13

Inc. account and authorized on January 22, 2022 by the Honorable Daniel Banina included the NCMEC files and the above-described files.

46.     **Interstate or foreign commerce**:  Google, Inc. is a company located outside the State of Indiana, and the Internet is a facility of interstate commerce.

## CONCLUSION

47.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that **Justin R. Potts** has committed the above listed offenses.  I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **Justin R. Potts** charging him with three Counts of Sexual Exploitation of a Minor.

*s/Andrew T. Lee*
Andrew T. Lee
Senior Special Agent
United States Secret Service

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.

DATE: <u>April 26, 2022</u>

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana